CAUSE NO. 2014-42890

| | | |
|---|---|---|
| IVY JANE SIMON<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§ | 55TH JUDICIAL DISTRICT |
| | §<br>§ | |
| CYPRESSWOOD SNF OPERATIONS, LLC<br>Defendant. | §<br>§ | HARRIS COUNTY, TEXAS |

FILED IN
COURT OF APPEALS
HOUSTON, TEXAS
6/15/2015 3:33:45 PM
CHRISTOPHER A. PRINE
Clerk

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Ivy Jane Simon, desires to appeal from the *Order Granting Defendant's Motion to Dismiss for Plaintiff's Failure to Serve Chapter 74 Expert Reports* signed by the Court on February 9, 2015.

Plaintiff appeals to either the First or the Fourteenth Court of Appeals.

Plaintiff has not previously filed a related appeal or original proceeding in either the First or Fourteenth Court of Appeals.

Respectfully submitted,

ELIJAH GOODEN, III
TBN: 08146400
3303 Louisiana St., Suite 125
Houston, Texas 77006
Telephone #: (713) 926-3681
Telecopier #: (713) 926-3699

Attorney for Plaintiff,
IVY JANE SIMON

EXHIBIT B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served upon all parties of record in accordance with the Texas Rules of Civil Procedure, Rules 21a and 191.5, on this the 3rd day of June, 2015.

ELIJAH GOODEN, III
Attorney at Law

Robert Hailey
RUSSELL & WRIGHT
Attorney at Law
15770 Dallas Parkway, Suite 1050
Dallas, Texas 75248
*via fax: (972) 267-8401*

EXHIBIT B

# GOODEN & GOODEN
## ATTORNEYS & COUNSELORS AT LAW

THE PALM COURT BUILDING
3303 LOUISIANA STREET, SUITE 125
HOUSTON, TEXAS 77006
TELEPHONE: (713) 926-3681
TELECOPIER: (713) 926-3699
egoodenatty@sbcglobal.net

ANGELINA D. A. GOODEN                                    ELIJAH GOODEN, III

### FACSIMILE TRANSMISSION COVER SHEET

DATE: June 3, 2015 _____     TIME: 4:56pm     NUMBER OF PAGES: 3
                                                 (including this page)

Please deliver this transmittal to:

**ROBERT HAILEY**
Attorney                                         Fax: (972) 267-8401
Address: 15770 Dallas Parkway, Suite 1050, Dallas, TX 75248

FROM: ELIJAH GOODEN, III
      Attorney

**RE:   PATIENT: FELIX GARCIA**
      Request for billing reduction

**COMMENTS:**

      Please see the attached document.

**ORIGINAL WILL FOLLOW _____     ORIGINAL WILL NOT FOLLOW __X__**

This information in this fax is confidential and/or privileged. This fax is intended to be reviewed initially by only the individual named above. If the reader of this page is not the intended recipient, you are hereby notified that any review, dissemination or copying of this fax or the information contained herein is prohibited. If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the above address. If problems in transmission are encountered, please contact sender at the number listed above. Thank you.

## EXHIBIT B